UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


GERALD CURTIS,

       Plaintiff,

                                              Civil No. 06-1486-HA

   v.

                                              JUDGMENT

MICHAEL J. ASTRUE,
Commissioner of Social Security,

       Defendant.


Based on the record,

IT IS ORDERED AND ADJUDGED that  the decision of the Commissioner is reversed,

and this case is remanded to the Commissioner for further proceedings.

Dated this   31   day of March, 2008.


                                        /s/ ANCER L. HAGGERTY   
                                        ANCER L. HAGGERTY
                              UNITED STATES DISTRICT JUDGE